1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9    Christopher Benedetto,                    )
                                               )
10                  Plaintiff,                  )    No. CV-05-1611-PHX-EHC (ECV)
                                               )
11   vs.                                        )
                                               )
12   Joseph Arpaio,                             )    **ORDER**
                                               )
13                  Defendant.                  )
                                               )
14   _____        )

15          The Defendant has filed a Motion to Dismiss (Doc. #17).  Plaintiff is advised of the

16   following specific provisions of LRCiv 7.2 of the Rules of Practice of the United States

17   District Court for the District of Arizona:

18          Subparagraph (e) provides:

19          Unless otherwise permitted by the Court, a motion including its supporting
            memorandum, and the response including its supporting memorandum, each
20          shall not exceed fifteen (17) pages, exclusive of attachments and any required
            statement of facts.  Unless otherwise permitted by the Court, a reply including
21          its supporting memorandum shall not exceed ten (11) pages, exclusive of
            attachments.
22
            Subparagraph (i) provides:
23
            If a motion does not conform in all substantial respects with the requirements
24          of this Rule, or if the opposing party does not serve and file the required
            answering memoranda, or if counsel for any party fails to appear at the time
25          and place assigned for oral argument, such non-compliance may be deemed a
            consent to the denial or granting of the motion and the court may dispose of
26          the motion summarily.

27          If Defendant's Motion to Dismiss seeks dismissal of your Complaint for your failure

28   to exhaust all available administrative remedies as required by 42 U.S.C. § 1997e(a), the

1   Court may consider affidavits or other documentary evidence beyond your Complaint.

2   Moreover, if Defendant produces admissible evidence demonstrating that you failed to

3   exhaust your administrative remedies, your Complaint will be dismissed without prejudice

4   unless you produce your own affidavit or other admissible evidence sufficient to show that

5   you did exhaust all available administrative remedies.

6        **It is Plaintiff's obligation to timely respond to all motions.  The failure of Plaintiff**

7   **to respond to Defendant's Motion to Dismiss may in the discretion of the Court be**

8   **deemed a consent to the granting of that Motion without further notice, and judgment**

9   **may be entered dismissing the complaint and action with prejudice pursuant to LRCiv**

10  **7.2(i).  *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam).**

11       **IT IS THEREFORE ORDERED** that Plaintiff shall have until January 12, 2006 to

12  file a response to Defendant's Motion to Dismiss.

13       **IT IS FURTHER ORDERED** that Defendant shall have until January 27, 2006 to

14  file any reply.

15       **IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision

16  without oral argument on the day following the date set for filing a reply unless otherwise

17  ordered by the Court.

18       DATED this 13th day of December, 2005.

19

20

21

22

23                          Edward C. Voss
                     United States Magistrate Judge

24

25

26

27

28